UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSE MELVIN ROMERO CASTRO,** § § § *Petitioner*, § § v. § § **KRISTI NOEM, SECRETARY, U.S.** § **DEPARTMENT OF HOMELAND** § **SECURITY; PAMELA BONDI, U.S.** § **ATTORNEY GENERAL; TODD** § **LYONS, ACTING DIRECTOR OF** § **ICE; MARY DE ANDA YBARRA, U.S.** § **IMMIGRATION AND CUSTOMS** § **ENFORCEMENT; and WARDEN,** § § *Respondents*. § | No. 3:25-CV-00611-LS |

## ORDER FOR SERVICE

Petitioner Jose Melvin Romero Castro challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **December 24, 2025** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 4, 2025.

                                              **LEON SCHYDLOWER**
                                              **UNITED STATES DISTRICT JUDGE**